**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**      Criminal Case No. 11-50121-006

**RAFAEL VELASQUEZ**                                                    **DEFENDANT**

### O R D E R

Now on this 26th day of April, 2012, comes on for consideration government's **Motion To Dismiss Rafael Velasquez Only** (document #104), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the Indictment, as it pertains to defendant Rafael Velasquez only, is **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                                           /s/ Jimm Larry Hendren
                                                          **JIMM LARRY HENDREN**
                                                          **UNITED STATES DISTRICT JUDGE**