**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

      v.     Criminal Case No. 11-50121-002

**JANIA HARO**                                                                                    **DEFENDANT**

### O R D E R

Now on this 26th day of April, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #113), to which both parties have waived the right to object, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's guilty plea is accepted and the written plea agreement is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                                                          /s/ Jimm Larry Hendren
                                                                     **JIMM LARRY HENDREN**
                                                                     **UNITED STATES DISTRICT JUDGE**