IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

        v.        Criminal Case No. 11-50121-005

IVAN ARNOLDO SALAN-AGUILAR                                    DEFENDANT


                          O R D E R

        Now on this 26th day of April, 2012, comes on for
consideration the **Magistrate Judge's Report And Recommendation**
(document #131), to which both parties have waived the right to
object, and the Court, having carefully reviewed said Report And
Recommendation, finds that it is sound in all respects, and that
it should be adopted *in toto*.

        **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report
And Recommendation** is **adopted *in toto***.

        **IT IS FURTHER ORDERED** that, for the reasons stated in the
**Magistrate Judge's Report And Recommendation**, defendant's guilty
plea is accepted and the written plea agreement is tentatively
approved, subject to final approval at sentencing.

        **IT IS SO ORDERED.**

                                  /s/ Jimm Larry Hendren
                                **JIMM LARRY HENDREN**
                                **UNITED STATES DISTRICT JUDGE**