**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

        **v.**             **Civil No. 11-50121-007**

**VICTOR PALACIOS**                                                              **DEFENDANT**

### **O R D E R**

Now on this 24th day of May, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #140), to which both parties waived the right to object, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's guilty plea is accepted and the written plea agreement is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED**, this 24th day of May, *nunc pro tunc* April 27, 2012.

                                                                 **/s/ Jimm Larry Hendren**
                                                                 **JIMM LARRY HENDREN
                                                                 UNITED STATES DISTRICT JUDGE**