IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CRIMINAL NO. 11-50121-001 | USA v. MANUEL HARO-GUTIERREZ |
| COURT PERSONNEL: | APPEARANCES: |
| Judge: JIMM LARRY HENDREN | Govt. CLAY FOWLKES |
| Clerk: GAIL GARNER | Deft. MAURICIO HERRERA |
| Reporter: THERESA SAWYER | Interpreter: DEBBIE ANDRADE |

## **SENTENCING MINUTE SHEET**

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted by the court and a one-level departure awarded.
- (X) Defendant moves for downward departure - denied.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

  90 months imprisonment; no supervised release;
  $35,000.00 fine - interest waived.

Criminal No. 11-50121-001

- (X) Defendant ordered to pay total special assessment of $100.00 for count 2s which shall be due immediately.
- (X) Counts 1s, 3s, and forfeiture allegation dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant remanded to custody of USMS.

DATE: OCTOBER 18, 2012 Proceeding began: 3:34 pm

ended: 4:22 pm